**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

CHARLES JOHNSON,

                        CASE NO.:   23-CV-2980

     Plaintiff,         **JURY TRIAL DEMANDED**
                               **CLASS ACTION ALLEGED**

v.

EXPERT, INC. d\b\a EXPERT SOLAR,
GOODLEAP, LLC, EQUIFAX, INC., a
Georgia Corporation; EXPERIAN INFORMATION
SOLUTIONS, INC., an Ohio Corporation; and
TRANS UNION, LLC, a Delaware Limited Liability
Company.

     Defendants.
_____/

**NOTICE OF RESOLUTION BETWEEN PLAINTIFF AND EQUIFAX,**
**EXPERIAN, and TRANS UNION**

     Plaintiff, CHARLES JOHNSON (hereinafter "Plaintiff"), by and through the undersigned counsel, hereby gives notice of settlement, pursuant to Local Rule 3.09, to this Honorable Court as to his claims between him and EQUIFAX, INC., a Georgia Corporation; EXPERIAN INFORMATION  SOLUTIONS, INC., an Ohio Corporation; and  TRANS UNION, LLC, a Delaware Limited Liability  Company. The Parties are finalizing settlement agreements; however, the parties have agreed to resolve their claims at this time.

**CERTIFICATE OF SERVICE**

     I hereby certify that I have caused a true and correct copy of the foregoing to be filed with CM/ECF which will serve all parties who have opted into e-mail service on April 02, 2024.

Respectfully submitted,

THE CONSUMER PROTECTION ATTORNEY, PA
Attorneys for Plaintiff.
301 W. Platt St., #216.
Tampa, FL 33606
Phone: 813.252.0239
Email: bryant@theconsumerprotectionattorney.com
eservice@theconsumerprotectionattorney.com


By:   /s/ Bryant H. Dunivan Jr.
　　　 Bryant H. Dunivan Jr., Esq.
　　　 Fla. Bar No.: 102594
　　　 MI P. No.: 85206