UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES JOHNSON,

    Plaintiff,

v.                                        Case No: 8:23-cv-2980-CEH-CPT

EXPERT, INC., GOODLEAP, LLC,
EQUIFAX, INC., EXPERIAN
INFORMATION SOLUTIONS, INC.
and TRANS UNION, LLC,

    Defendants.

_____

**ORDER**

This cause comes before the Court on Plaintiff Charles Johnson's Stipulation of Dismissal With Prejudice as to Equifax (Doc. 39). In the Stipulation, which the Court construes as a notice of dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] Plaintiff voluntarily dismisses its claims against Defendant Equifax, Inc., with prejudice.

In accord with the Stipulation of Dismissal, it is **ORDERED:**

1. Plaintiff's claims against Defendant Equifax, Inc., only, are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

---

[1] Although the Stipulation states that it is a stipulation of dismissal filed pursuant to Rule 41(a)(1)(A)(ii), such a stipulation must be signed "by all parties who have appeared" in the action. Fed. R. Civ. P. 41(a)(1)(A)(ii); *City of Jacksonville v. Jacksonville Hospitality Holdings, L.P.*, 82 F.4th 1031 (11th Cir. 2023). The Stipulation is signed only by Equifax and Plaintiff. Because Equifax has not filed an answer or a motion for summary judgment, however, Plaintiff may instead effect a dismissal pursuant to subsection (i) ("a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment").

2. The Clerk is directed to terminate Defendant Equifax, Inc., as a party to this action.

**DONE** and **ORDERED** in Tampa, Florida on May 16, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties