UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES JOHNSON,

    Plaintiff,

v.                                          Case No: 8:23-cv-2980-CEH-CPT

EXPERT, INC., GOODLEAP, LLC,
EQUIFAX, INC., EXPERIAN
INFORMATION SOLUTIONS, INC.
and TRANS UNION, LLC,

    Defendants.
_____

**ORDER**

This cause comes before the Court on Plaintiff Charles Johnson's Stipulation of Dismissal as to Experian Information Solutions, Inc. (Doc. 42). In the Stipulation, which the Court construes as a notice of dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] Plaintiff voluntarily dismisses its claims against Defendant Experian Information Solutions, Inc., with prejudice.

In accord with the construed Notice of Dismissal, it is **ORDERED:**

1. Plaintiff's claims against Defendant Experian Information Solutions, Inc., only, are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

---

[1] Because Experian has not filed an answer or a motion for summary judgment, Plaintiff may effect dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) ("a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment").

2. The Clerk is directed to terminate Defendant Experian Information Solutions, Inc., as a party to this action.

**DONE** and **ORDERED** in Tampa, Florida on May 29, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties