UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES JOHNSON,

    Plaintiff,

v.                                      Case No: 8:23-cv-2980-CEH-CPT

EXPERT, INC., GOODLEAP, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC. and TRANS
UNION, LLC,

    Defendants.
_____

## ORDER

This cause comes before the Court on the Rule 41(a)(1)(A)(ii) Stipulation of Dismissal signed by Plaintiff Charles Johnson and Defendant Trans Union LLC. Doc. 44. In the Stipulation, which the Court construes as a notice of dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] Plaintiff voluntarily dismisses his claims against Defendant Trans Union LLC, with prejudice.

In accord with the Stipulation of Dismissal, it is **ORDERED:**

1. Plaintiff's claims against Defendant Trans Union LLC, only, are dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

---

[1] Although the Stipulation states that it is a stipulation of dismissal filed pursuant to Rule 41(a)(1)(A)(ii), such a stipulation must be signed "by all parties who have appeared" in the action. Fed. R. Civ. P. 41(a)(1)(A)(ii); *City of Jacksonville v. Jacksonville Hospitality Holdings, L.P.*, 82 F.4th 1031 (11th Cir. 2023).  The Stipulation is signed only by Trans Union and Plaintiff.  Because Trans Union has not filed an answer or a motion for summary judgment, however, Plaintiff may instead effect a dismissal pursuant to subsection (i) ("a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment").

2. The Clerk is directed to terminate Defendant Trans Union LLC, as a party to this action.

**DONE** and **ORDERED** in Tampa, Florida on May 30, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties