UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CHARLES JOHNSON,

        Plaintiff,

CASE NO.: 23-CV-2980
**JURY TRIAL DEMANDED**
**CLASS ACTION ALLEGED**

v.

EXPERT, INC. d\b\a EXPERT SOLAR,
GOODLEAP, LLC, EQUIFAX, INC., a
Georgia Corporation; EXPERIAN INFORMATION
SOLUTIONS, INC., an Ohio Corporation; and
TRANS UNION, LLC, a Delaware Limited Liability
Company.

        Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, CHARLES JOHNSON, together with Defendants, GOODLEAP LLC and EXPERT, INC. d\b\a EXPERT SOLAR hereby stipulate that the above-styled cause shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| Respectfully submitted,<br><br>DUNIVAN LAW, PA<br>Attorneys for Plaintiff(s).<br>5668 Fishhawk Crossing Blvd., Ste. 333,<br>Lithia, FL 33547<br>Phone: 813.252.0239<br>Email: bryant@dunivanlaw.com<br>eservice@dunivanlaw.com<br><br><br>By:    **/s/ Bryant H. Dunivan Jr.**<br>         Bryant H. Dunivan Jr., Esq.<br>         Fla. Bar No.: 102594<br>         MI P. No.: 85206 | Respectfully submitted,<br><br>*/s/ Richard L. Perez*<br>Joseph Kennett, Esq.<br>Florida Bar No. 891028<br>Joe.kennett@brickbusinesslaw.com<br>Richard L. Perez, Esq.<br>Florida Bar No.: 1055240<br>richard.perez@brickbusinesslaw.com<br>Brick Business Law, P.A.<br>3413 W. Fletcher Ave.<br>Tampa, Florida 33618<br>Phone: 813-816-1816<br>Fax: (813) 488-0084<br>*Attorney for Defendant, Expert, Inc. d/b/a Expert Solar* |
| NELSON MULLINS RILEY & SCARBOROUGH, LLP<br>Counsel for GoodLeap, LLC<br>100 S.E. 3rd Avenue, Suite 2700<br>Fort Lauderdale, Florida 33394 P: 954-764-7060 \| F: 954-764-8135<br><br>By: /s/ Sophie M. Labarge<br>Sophie M. Labarge, Esq.<br>Florida Bar No. 1025145<br>sophie.Labarge@nelsonmullins.com<br>jenny.Sica@nelsonmullins.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing to be filed with the CM/ECF, which will serve all parties who have opted into e-mail service on April 15, 2025.

        Respectfully submitted,

        DUNIVAN LAW, PA
        Attorneys for Plaintiff(s).
        5668 Fishhawk Crossing Blvd., Ste. 333,
        Lithia, FL 33547
        Phone: 813.252.0239
        Email: bryant@dunivanlaw.com
        eservice@dunivanlaw.com

By:   **/s/ Bryant H. Dunivan Jr.**
        Bryant H. Dunivan Jr., Esq.
        Fla. Bar No.: 102594
        MI P. No.: 85206